

# NUMBER 13-26-00211-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

MARY HELEN LEDESMA,                                               Appellant,

v.

ALBERTO GARZA,
ELIZABETH GARZA,
AND RIO DELTA PROPANE, LLC,                                       Appellees.

## ON APPEAL FROM THE 476TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Justice Cron**

The cause is before the Court on its own motion. On March 6, 2026, appellant filed a notice of appeal seeking to appeal an order denying plaintiff's motion to reinstate entered in trial court cause number C-1415-23-M. On March 12, 2026, the Clerk of the Court instructed the appellant to remit a $205.00 filing fee within ten days from the date

of the notice. Furthermore, on March 25, 2026, the Clerk of this Court notified appellant that she was delinquent in remitting a $205.00 filing fee and that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. *See* TEX. R. APP. P. 42.3(c).

Appellant failed to pay the filing fee, and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

JENNY CRON
Justice

Delivered and filed on the
14th day of May, 2026.

2